| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1516973 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

# Earnings Statement

**ADP**

Period Starting: 05/06/2017
Period Ending: 05/19/2017
Pay Date: 05/26/2017

Business Phone: 718-774-5447

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
Federal: 1 Federal:
State: 1 State:
Local: 1 Local:
Social Security Number: XXX-XX-XXXX

Alfred L Cockfield II
2545 Bessemund Ave
Bayswater, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2403.85 | 23846.12 |
| Retroactive pay | | | 0.00 | 1370.20 |
| **Gross Pay** | | | **$2,403.85** | **$25,216.32** |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX2821 | XXXXXXXXX | 1645.99 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -376.01 | 3535.23 |
| Social Security | -149.04 | 1520.94 |
| Medicare | -34.85 | 355.70 |
| New York State Income | -121.20 | 1180.37 |
| New York City R Local | -75.56 | 740.20 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 14.40 |

| **Net Pay** | **$1,645.99** | |
|---|---|---|

Your federal taxable wages this period are $2,403.85

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date: 05/26/2017

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1645.99 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1497253 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

## Earnings Statement

**ADP®**

Period Starting:     04/22/2017
Period Ending:      05/05/2017
Pay Date:             05/12/2017

Business Phone:    718-774-5447

Taxable Marital Status:     Single
Exemptions/Allowances:     Tax Override:
    Federal:     1         Federal:
    State:     1         State:
    Local:     1         Local:
Social Security Number:     XXX-XX-XXXX

Alfred L Cockfield II
2545 Bessemund Ave
Bayswater, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 21442.27 |
| Retroactive pay | | 0.00 | 685.10 | 685.10 |
| **Gross Pay** | | | **$685.10** | **$22,127.37** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -48.20 | 3159.22 |
| Social Security | -42.48 | 1371.90 |
| Medicare | -9.94 | 320.85 |
| New York State Income | -14.66 | 1059.17 |
| New York City R Local | -10.29 | 664.64 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 13.20 |

| **Net Pay** | **$558.33** |
|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 558.33 |

Your federal taxable wages this period are  $685.10

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date:          05/12/2017

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 558.33 |

# Earnings Statement

**ADP**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1477958 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Period Starting: 04/08/2017
Period Ending: 04/21/2017
Pay Date: 04/28/2017

Business Phone: 718-774-5447

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal:    1    Federal:
  State:    1    State:
  Local:    1    Local:
Social Security Number:    XXX-XX-XXXX

Alfred L Cockfield II
2545 Bessemund Ave
Bayswater, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.38 | 19038.42 |
| **Gross Pay** | | | **$2,115.38** | **$19,038.42** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -303.89 | 2735.01 |
| Social Security | -131.15 | 1180.38 |
| Medicare | -30.68 | 276.06 |
| New York State Income | -102.59 | 923.31 |
| New York City R Local | -64.31 | 578.79 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 10.80 |
| **Net Pay** | **$1,481.56** | |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1481.56 |

Your federal taxable wages this period are  $2,115.38

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date:        04/28/2017

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1481.56 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1456910 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

# Earnings Statement



Period Starting: 03/25/2017
Period Ending: 04/07/2017
Pay Date: 04/14/2017

Business Phone: 718-774-5447

Taxable Marital Status:     Single
Exemptions/Allowances:     Tax Override:
  Federal:     1          Federal:
  State:       1          State:
  Local:       1          Local:
Social Security Number:     XXX-XX-XXXX

Alfred L Cockfield II
2545 Bessemund Ave
Bayswater, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.38 | 16923.04 |
| Gross Pay | | | $2,115.38 | $16,923.04 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -303.89 | 2431.12 |
| Social Security | -131.16 | 1049.23 |
| Medicare | -30.67 | 245.38 |
| New York State Income | -102.59 | 820.72 |
| New York City R Local | -64.31 | 514.48 |
| Voluntary Deductions | this period | year to date |
| New York voluntary disability | -1.20 | 9.60 |
| Net Pay | $1,481.56 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1481.56 |

Your federal taxable wages this period are  $2,115.38

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date:          04/14/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1481.56 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1437402 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

# Earnings Statement

**ADP®**

Period Starting:    03/11/2017
Period Ending:    03/24/2017
Pay Date:    03/31/2017

Business Phone:    718-774-5447

Taxable Marital Status:    Single
Exemptions/Allowances:        Tax Override:
    Federal:    1        Federal:
    State:    1        State:
    Local:    1        Local:
Social Security Number:    XXX-XX-XXXX

Alfred L Cockfield II
2545 Bessemund Ave
Bayswater, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.38 | 14807.66 |
| **Gross Pay** | | | **$2,115.38** | **$14,807.66** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -303.89 | 2127.23 |
| Social Security | -131.15 | 918.07 |
| Medicare | -30.67 | 214.71 |
| New York State Income | -102.59 | 718.13 |
| New York City R Local | -64.31 | 450.17 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 8.40 |
| **Net Pay** | **$1,481.57** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1481.57 |

Your federal taxable wages this period are  $2,115.38

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date:        03/31/2017

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1481.57 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1418415 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

# Earnings Statement

**ADP**

Period Starting: 02/25/2017
Period Ending: 03/10/2017
Pay Date: 03/17/2017

Business Phone: 718-774-5447

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 1    Federal:
  State: 1    State:
  Local: 1    Local:
Social Security Number: XXX-XX-XXXX

**Alfred L Cockfield II**
**2545 Bessemund Ave**
**Bayswater, NY 11691**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.38 | 12692.28 |
| Gross Pay | | | $2,115.38 | $12,692.28 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -303.89 | 1823.34 |
| Social Security | -131.15 | 786.92 |
| Medicare | -30.67 | 184.04 |
| New York State Income | -102.59 | 615.54 |
| New York City R Local | -64.31 | 385.86 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 7.20 |
| Net Pay | $1,481.57 | |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX2821 | XXXXXXXXX | 1481.57 |

Your federal taxable wages this period are $2,115.38

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date: 03/17/2017

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1481.57 |



**Earnings Statement**

| | |
|---|---|
| Company Code | RX / SCI 21713767 |
| Loc/Dept | 01/ |
| Number | 1397925 |
| Page | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Period Starting:     02/11/2017
Period Ending:      02/24/2017
Pay Date:              03/03/2017

Business Phone:     718-774-5447

Taxable Marital Status:     Single
Exemptions/Allowances:           Tax Override:
   Federal:     1          Federal:
   State:        1          State:
   Local:        1          Local:
Social Security Number:     XXX-XX-XXXX

Alfred L Cockfield II
2545 Bessemund Ave
Bayswater, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.38 | 10576.90 |
| **Gross Pay** | | | **$2,115.38** | **$10,576.90** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -303.89 | 1519.45 |
| Social Security | -131.16 | 655.77 |
| Medicare | -30.68 | 153.37 |
| New York State Income | -102.59 | 512.95 |
| New York City R Local | -64.31 | 321.55 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 6.00 |
| **Net Pay** | **$1,481.55** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1481.55 |

Your federal taxable wages this period are  $2,115.38

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date:          03/03/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1481.55 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1377385 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

# Earnings Statement

**ADP**

Period Starting:  01/28/2017
Period Ending:   02/10/2017
Pay Date:        02/17/2017

Business Phone:   718-774-5447

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
   Federal:   1        Federal:
   State:     1        State:
   Local:     1        Local:
Social Security Number:   XXX-XX-XXXX

Alfred L Cockfield II
2545 Bessemund Ave
Bayswater, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.38 | 8461.52 |
| **Gross Pay** | | | **$2,115.38** | **$8,461.52** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -303.89 | 1215.56 |
| Social Security | -131.15 | 524.61 |
| Medicare | -30.67 | 122.69 |
| New York State Income | -102.59 | 410.36 |
| New York City R Local | -64.31 | 257.24 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 4.80 |

| Net Pay | $1,481.57 |
|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1481.57 |

Your federal taxable wages this period are  $2,115.38

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date:        02/17/2017

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1481.57 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1357849 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

# Earnings Statement



Period Starting: 01/14/2017
Period Ending: 01/27/2017
Pay Date: 02/03/2017

Business Phone: 718-774-5447

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
    Federal:    1        Federal:
    State:    1        State:
    Local:    1        Local:
Social Security Number:    XXX-XX-XXXX

Alfred L Cockfield II
2545 Bessemund Ave
Bayswater, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.38 | 6346.14 |
| | | | | |
| Gross Pay | | | $2,115.38 | $6,346.14 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -303.89 | 911.67 |
| Social Security | -131.15 | 393.46 |
| Medicare | -30.67 | 92.02 |
| New York State Income | -102.59 | 307.77 |
| New York City R Local | -64.31 | 192.93 |
| | | |
| Voluntary Deductions | this period | year to date |
| New York voluntary disability | -1.20 | 3.60 |
| | | |
| Net Pay | | $1,481.57 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1481.57 |

Your federal taxable wages this period are $2,115.38

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date:      02/03/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1481.57 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1337232 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

## Earnings Statement

**ADP®**

Period Starting:   12/31/2016
Period Ending:    01/13/2017
Pay Date:          01/20/2017

Business Phone:   718-774-5447

Taxable Marital Status:    Single
Exemptions/Allowances:        Tax Override:
   Federal:      1              Federal:
   State:         1              State:
   Local:         1              Local:
Social Security Number:    XXX-XX-XXXX

**Alfred L Cockfield II**
**2545 Bessemund Ave**
**Bayswater, NY 11691**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.38 | 4230.76 |
| Gross Pay | | | $2,115.38 | $4,230.76 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -303.89 | 607.78 |
| Social Security | -131.16 | 262.31 |
| Medicare | -30.68 | 61.35 |
| New York State Income | -102.59 | 205.18 |
| New York City R Local | -64.31 | 128.62 |
| Voluntary Deductions | this period | year to date |
| New York voluntary disability | -1.20 | 2.40 |
| Net Pay | $1,481.55 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1481.55 |

Your federal taxable wages this period are  $2,115.38

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date:          01/20/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1481.55 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1317142 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

# Earnings Statement



Period Starting: 12/17/2016
Period Ending: 12/30/2016
Pay Date: 01/06/2017

Business Phone: 718-774-5447

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 1     Federal:
  State: 1     State:
  Local: 1     Local:
Social Security Number: XXX-XX-XXXX

Alfred L Cockfield II
2545 Bessemund Ave
Bayswater, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.38 | 2115.38 |
| Gross Pay | | | $2,115.38 | $2,115.38 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -303.89 | 303.89 |
| Social Security | -131.15 | 131.15 |
| Medicare | -30.67 | 30.67 |
| New York State Income | -102.59 | 102.59 |
| New York City R Local | -64.31 | 64.31 |
| **Voluntary Deductions** | **this period** | **year to date** |
| New York voluntary disability | -1.20 | 1.20 |
| Net Pay | $1,481.57 | |

| Deposits | | | |
|---|---|---|---|
| account number | | transit/ABA | amount |
| XXXXXX2821 | | XXXXXXXXX | 1481.57 |

Your federal taxable wages this period are $2,115.38

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date: 01/06/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1481.57 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1296982 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

# Earnings Statement

**ADP**

Period Starting: 12/03/2016
Period Ending: 12/16/2016
Pay Date: 12/23/2016

Business Phone: 718-774-5447

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal:   1     Federal:
  State:    1     State:
  Local:    1     Local:
Social Security Number:   XXX-XX-XXXX

**Alfred L Cockfield II**
**2545 Bessemund Ave**
**Bayswater, NY 11691**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.38 | 56999.88 |
| | | | | |
| **Gross Pay** | | | $2,115.38 | $56,999.88 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -305.62 | 7946.12 |
| Social Security | -131.15 | 3533.99 |
| Medicare | -30.67 | 826.50 |
| New York State Income | -102.65 | 2668.90 |
| New York City R Local | -64.31 | 1672.06 |
| | | |
| **Voluntary Deductions** | this period | year to date |
| New York voluntary disability | -1.20 | 31.20 |
| | | |
| **Net Pay** | $1,479.78 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1479.78 |

Your federal taxable wages this period are  $2,115.38

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date:     12/23/2016

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1479.78 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1273081 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

**Earnings Statement**

**ADP**

Period Starting: 11/19/2016
Period Ending: 12/02/2016
Pay Date: 12/09/2016

Business Phone: 718-774-5447

Taxable Marital Status: Single
Exemptions/Allowances:          Tax Override:
   Federal:  1         Federal:
   State:  1            State:
   Local:  1            Local:
Social Security Number:    XXX-XX-XXXX

**Alfred L Cockfield II**
**2545 Bessemund Ave**
**Bayswater, NY 11691**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.38 | 54884.50 |
| Gross Pay | | | $2,115.38 | $54,884.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -305.62 | 7640.50 |
| Social Security | -131.15 | 3402.84 |
| Medicare | -30.68 | 795.83 |
| New York State Income | -102.65 | 2566.25 |
| New York City R Local | -64.31 | 1607.75 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 30.00 |
| Net Pay | $1,479.77 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1479.77 |

Your federal taxable wages this period are $2,115.38

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date:          12/09/2016

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1479.77 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1251697 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

# Earnings Statement

**ADP**

Period Starting:   11/05/2016
Period Ending:    11/18/2016
Pay Date:           11/25/2016

Business Phone:   718-774-5447

Taxable Marital Status:    Single
Exemptions/Allowances:                Tax Override:
   Federal:    1              Federal:
   State:      1              State:
   Local:      1              Local:
Social Security Number:    XXX-XX-XXXX

Alfred L Cockfield II
2545 Bessemund Ave
Bayswater, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.38 | 52769.12 |
| Gross Pay | | | $2,115.38 | $52,769.12 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -305.62 | 7334.88 |
| Social Security | -131.16 | 3271.69 |
| Medicare | -30.67 | 765.15 |
| New York State Income | -102.65 | 2463.60 |
| New York City R Local | -64.31 | 1543.44 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 28.80 |
| Net Pay | $1,479.77 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1479.77 |

Your federal taxable wages this period are  $2,115.38

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date:           11/25/2016

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1479.77 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / SCI 21713767 | 01/ | 1229726 | 1 of 1 |

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

# Earnings Statement

**ADP**

Period Starting: 10/22/2016
Period Ending: 11/04/2016
Pay Date: 11/10/2016

Business Phone: 718-774-5447

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
Federal: 1 Federal:
State: 1 State:
Local: 1 Local:
Social Security Number: XXX-XX-XXXX

**Alfred L Cockfield II**
**2545 Bessemund Ave**
**Bayswater, NY 11691**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.38 | 50653.74 |
| Gross Pay | | | $2,115.38 | $50,653.74 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -305.62 | 7029.26 |
| Social Security | -131.15 | 3140.53 |
| Medicare | -30.67 | 734.48 |
| New York State Income | -102.65 | 2360.95 |
| New York City R Local | -64.31 | 1479.13 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 27.60 |
| Net Pay | $1,479.78 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1479.78 |

Your federal taxable wages this period are  $2,115.38

Battalion Christian Academy
661 Linden Blvd
Brooklyn, NY 11203

Pay Date:          11/10/2016

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1479.78 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3549532 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

# Earnings Statement

**ADP®**

Period Starting:    05/13/2017
Period Ending:    05/26/2017
Pay Date:    05/26/2017

Business Phone:    718-774-5447

Taxable Marital Status:    Married
Exemptions/Allowances:    Tax Override:
   Federal:    1    Federal:
   State:    1    State:
   Local:    1    Local:
Social Security Number:    XXX-XX-XXXX

**ALFRED L COCKFIELD II**
**25-45 BESSEMUND AVE**
**BAYS WATER, NY 11691**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 15627.37 |
| **Gross Pay** | | | **$1,420.67** | **$15,627.37** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 3195.06 |
| Medical | -81.43 | 805.80 |
| **Net Pay** | **$1,048.78** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1048.78 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

Pay Date:    05/26/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1048.78 |

THIS IS NOT A CHECK

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3519212 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

# Earnings Statement

**ADP**

Period Starting:     04/29/2017
Period Ending:       05/12/2017
Pay Date:            05/12/2017

Business Phone:      718-774-5447

Taxable Marital Status:     Married
Exemptions/Allowances:      Tax Override:
Federal:    1               Federal:
State:      1               State:
Local:      1               Local:
Social Security Number:     XXX-XX-XXXX

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 14206.70 |
| **Gross Pay** | | | **$1,420.67** | **$14,206.70** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 2904.60 |
| Medical | -81.43 | 724.37 |
| **Net Pay** | **$1,048.78** | |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1048.78 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

Pay Date:            05/12/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1048.78 |

THIS IS NOT A CHECK

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3486941 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

## Earnings Statement

ADP®

Period Starting:    04/15/2017
Period Ending:    04/28/2017
Pay Date:    04/28/2017

Business Phone:    718-774-5447

Taxable Marital Status:    Married
Exemptions/Allowances:    Tax Override:
   Federal:    1       Federal:
   State:    1       State:
   Local:    1       Local:
Social Security Number:    XXX-XX-XXXX

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 12786.03 |
| Gross Pay | | | $1,420.67 | $12,786.03 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 2614.14 |
| Medical | -81.43 | 642.94 |
| Net Pay | $1,048.78 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1048.78 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

Pay Date:    04/28/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1048.78 |

THIS IS NOT A CHECK

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

## Earnings Statement

**ADP®**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3453439 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

Period Starting:  04/01/2017
Period Ending:    04/14/2017
Pay Date:         04/14/2017

Business Phone:   718-774-5447

Taxable Marital Status:    Married
Exemptions/Allowances:     Tax Override:
  Federal:    1      Federal:
  State:      1      State:
  Local:      1      Local:
Social Security Number:    XXX-XX-XXXX

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 11365.36 |
| **Gross Pay** | | | **$1,420.67** | **$11,365.36** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 2323.68 |
| Medical | -81.43 | 561.51 |
| **Net Pay** | **$1,048.78** | |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1048.78 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

**Pay Date:**          04/14/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1048.78 |

THIS IS NOT A CHECK

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3425300 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

# Earnings Statement

**ADP**®

Period Starting:    03/18/2017
Period Ending:    03/31/2017
Pay Date:    03/31/2017

Business Phone:    718-774-5447

Taxable Marital Status:    Married
Exemptions/Allowances:    Tax Override:
Federal:    1    Federal:
State:    1    State:
Local:    1    Local:
Social Security Number:    XXX-XX-XXXX

**ALFRED L COCKFIELD II**
**25-45 BESSEMUND AVE**
**BAYS WATER, NY 11691**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 9944.69 |
| Gross Pay | | | $1,420.67 | $9,944.69 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 2033.22 |
| Medical | 0.00 | 480.08 |
| Net Pay | $1,130.21 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1130.21 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

Pay Date:    03/31/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1130.21 |

THIS IS NOT A CHECK

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3393242 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

# Earnings Statement

**ADP®**

Period Starting:     03/04/2017
Period Ending:       03/17/2017
Pay Date:            03/17/2017

Business Phone:      718-774-5447

Taxable Marital Status:     Married
Exemptions/Allowances:      Tax Override:
  Federal:     1              Federal:
  State:       1              State:
  Local:       1              Local:
Social Security Number:      XXX-XX-XXXX

**ALFRED L COCKFIELD II**
**25-45 BESSEMUND AVE**
**BAYS WATER, NY 11691**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 8524.02 |
| **Gross Pay** | | | **$1,420.67** | **$8,524.02** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 1742.76 |
| Medical | -81.43 | 480.08 |
| **Net Pay** | **$1,048.78** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1048.78 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

Pay Date:            03/17/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1048.78 |

THIS IS NOT A CHECK

**ALFRED L COCKFIELD II**
**25-45 BESSEMUND AVE**
**BAYS WATER, NY 11691**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3363986 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

## Earnings Statement

**ADP**®

Period Starting:    02/18/2017
Period Ending:      03/03/2017
Pay Date:           03/03/2017

Business Phone:     718-774-5447

Taxable Marital Status:     Married
Exemptions/Allowances:      Tax Override:
   Federal:    1        Federal:
   State:      1        State:
   Local:      1        Local:
Social Security Number:     XXX-XX-XXXX

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 7103.35 |
| Gross Pay | | | $1,420.67 | $7,103.35 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 1452.30 |
| Medical | -81.43 | 398.65 |
| Net Pay | $1,048.78 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1048.78 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

**Pay Date:**          03/03/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1048.78 |

THIS IS NOT A CHECK

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3332331 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

## Earnings Statement

ADP®

| Period Starting: | 02/04/2017 |
|---|---|
| Period Ending: | 02/17/2017 |
| Pay Date: | 02/17/2017 |

Business Phone:    718-774-5447

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal:    1 | Federal: |
| State:    1 | State: |
| Local:    1 | Local: |
| Social Security Number: | XXX-XX-XXXX |

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 5682.68 |
| Gross Pay | | | $1,420.67 | $5,682.68 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 1161.84 |
| Medical | -81.43 | 317.22 |
| Net Pay | $1,048.78 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1048.78 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

Pay Date:        02/17/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1048.78 |

THIS IS NOT A CHECK

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3301916 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

# Earnings Statement

**ADP®**

Period Starting:    01/21/2017
Period Ending:      02/03/2017
Pay Date:           02/03/2017

Business Phone:    718-774-5447

Taxable Marital Status:    Married
Exemptions/Allowances:    Tax Override:
   Federal:    1       Federal:
   State:      1       State:
   Local:      1       Local:
Social Security Number:    XXX-XX-XXXX

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 4262.01 |
| Gross Pay | | | $1,420.67 | $4,262.01 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 871.38 |
| Medical | -81.43 | 235.79 |
| Net Pay | $1,048.78 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1048.78 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

**Pay Date:**            02/03/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1048.78 |

THIS IS NOT A CHECK

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3270373 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

# Earnings Statement

**ADP®**

| Period Starting: | 01/07/2017 |
|---|---|
| Period Ending: | 01/20/2017 |
| Pay Date: | 01/20/2017 |

Business Phone:   718-774-5447

Taxable Marital Status:   Married
Exemptions/Allowances:        Tax Override:
  Federal:  1          Federal:
  State:  1          State:
  Local:  1          Local:
Social Security Number:   XXX-XX-XXXX

**ALFRED L COCKFIELD II**
**25-45 BESSEMUND AVE**
**BAYS WATER, NY 11691**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 2841.34 |
| Gross Pay | | | $1,420.67 | $2,841.34 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 580.92 |
| Medical | -77.18 | 154.36 |
| Net Pay | $1,053.03 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1053.03 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

**Pay Date:**         01/20/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1053.03 |

THIS IS NOT A CHECK

**ALFRED L COCKFIELD II**
**25-45 BESSEMUND AVE**
**BAYS WATER, NY 11691**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3240400 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

# Earnings Statement

**ADP**®

Period Starting:   12/24/2016
Period Ending:   01/06/2017
Pay Date:   01/06/2017

Business Phone:   718-774-5447

Taxable Marital Status:   Married
Exemptions/Allowances:   Tax Override:
Federal:   1   Federal:
State:   1   State:
Local:   1   Local:
Social Security Number:   XXX-XX-XXXX

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 1420.67 |
| Gross Pay | | | $1,420.67 | $1,420.67 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 290.46 |
| Medical | -77.18 | 77.18 |
| Net Pay | $1,053.03 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1053.03 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

**Pay Date:**   01/06/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1053.03 |

THIS IS NOT A CHECK

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3206719 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

# Earnings Statement

**ADP®**

Period Starting:  12/10/2016
Period Ending:  12/23/2016
Pay Date:  12/23/2016

Business Phone:  718-774-5447

Taxable Marital Status:  Married
Exemptions/Allowances:  Tax Override:
  Federal:  1      Federal:
  State:  1      State:
  Local:  1      Local:
Social Security Number:  XXX-XX-XXXX

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 36937.42 |
| Gross Pay | | | $1,420.67 | $36,937.42 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 7551.96 |
| Medical | -77.18 | 1929.50 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 77.18 |
| Net Pay | | $1,053.03 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1053.03 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

Pay Date:       12/23/2016

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1053.03 |

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3170869 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

# Earnings Statement

**ADP®**

Period Starting: 11/26/2016
Period Ending: 12/09/2016
Pay Date: 12/09/2016

Business Phone: 718-774-5447

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:    1       Federal:
  State:      1       State:
  Local:      1       Local:
Social Security Number:    XXX-XX-XXXX

**ALFRED L COCKFIELD II**
**25-45 BESSEMUND AVE**
**BAYS WATER, NY 11691**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 35516.75 |
| **Gross Pay** | | | **$1,420.67** | **$35,516.75** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 7261.50 |
| Medical | -77.18 | 1852.32 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 77.18 |
| **Net Pay** | **$1,053.03** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1053.03 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

**Pay Date:**        12/09/2016

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1053.03 |

THIS IS NOT A CHECK

**ALFRED L COCKFIELD II**
**25-45 BESSEMUND AVE**
**BAYS WATER, NY 11691**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3136265 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

# Earnings Statement

**ADP®**

Period Starting:  11/12/2016
Period Ending:  11/25/2016
Pay Date:  11/25/2016

Business Phone:  718-774-5447

Taxable Marital Status:  Married
Exemptions/Allowances:  Tax Override:
    Federal:  1      Federal:
    State:  1      State:
    Local:  1      Local:
Social Security Number:  XXX-XX-XXXX

**ALFRED L COCKFIELD II**
**25-45 BESSEMUND AVE**
**BAYS WATER, NY 11691**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 34096.08 |
| Gross Pay | | | $1,420.67 | $34,096.08 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 6971.04 |
| Medical | -77.18 | 1775.14 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 77.18 |
| Net Pay | | $1,053.03 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1053.03 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

Pay Date:        11/25/2016

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1053.03 |

THIS IS NOT A CHECK

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RI / R5Z 20931463 | 01/ | 3104680 | 1 of 1 |

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

# Earnings Statement

**ADP®**

Period Starting:   10/29/2016
Period Ending:   11/11/2016
Pay Date:   11/11/2016

Business Phone:   718-774-5447

Taxable Marital Status:   Married
Exemptions/Allowances:   Tax Override:
   Federal:   1      Federal:
   State:   1      State:
   Local:   1      Local:
Social Security Number:   XXX-XX-XXXX

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| *Housing - Clergy Paid / State txbl var | 0.00 | | 1420.67 | 32675.41 |
| **Gross Pay** | | | **$1,420.67** | **$32,675.41** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | 0.00 | 0.00 |
| Medicare | 0.00 | 0.00 |
| New York State Income | 0.00 | 0.00 |
| New York City R Local | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -290.46 | 6680.58 |
| Medical | -77.18 | 1697.96 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 77.18 |
| **Net Pay** | **$1,053.03** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2821 | XXXXXXXXX | 1053.03 |

Your federal taxable wages this period are  $0.00
* Excluded from Federal taxable wages

GODS BATTALION OF PRAYER CHURCH
661 LINDEN BLVD
BROOKLYN, NY 11203

Pay Date:   11/11/2016

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2821 | XXXXXXXXX | 1053.03 |

THIS IS NOT A CHECK

ALFRED L COCKFIELD II
25-45 BESSEMUND AVE
BAYS WATER, NY 11691