| Information to identify the case: | |
|---|---|
| Debtor 1  **Alfred Leonard Cockfield** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx−xx−2405** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York <br> 271−C Cadman Plaza East, Suite 1595 <br> Brooklyn, NY 11201−1800 | |
| Case number:  **1−17−44084−nhl** | Chapter:  **7** |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Paul I. Krohn (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Nancy Hershey Lord <br>
United States Bankruptcy Judge

Dated: November 20, 2017

**BLfnld7** [Final Decree 7 rev 12/01/15]